IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT KUHNEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00730 |
| ) | Judge Trauger |
| DARREN REMINGTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 26, 2017, the magistrate judge issued a Report and Recommendation (DE #9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Joint Motion for Entry of Order of Dismissal With Prejudice (Docket No. 7) is GRANTED, and all claims against defendant Susan Gann are dismissed with prejudice.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 18th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge