IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT KUHNEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00730 |
| ) | Judge Trauger |
| DARREN REMINGTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 8, 2017, the magistrate judge issued a Report and Recommendation (DE #15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice for failure to prosecute and to obey court orders.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 29th day of November 2017.

_____
ALETA A. TRAUGER
U.S. District Judge